1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MARK E. A., | Case No. ED CV 24-2281-E |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant and the action is dismissed with prejudice.

   DATED:  May 21, 2025.

                                         _____
                                              CHARLES F. EICK
                                         UNITED STATES MAGISTRATE JUDGE